UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JULIE MULNIX**

    Plaintiff,

                                      Civil No.**05-72915**
                                      Hon. John Feikens

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **1/6/2006**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                 **s/John Feikens**
                                                 John Feikens
                                                 United States District Judge

Date:  **March 31, 2006**

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on March 31, 2006, by U.S. first class mail or electronic means.

                                   s/Carol Cohron
                                   Case Manager